# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Reeves, Carlton W. | 2. Court or Organization<br><br>Southern District of Mississippi | 3. Date of Report<br><br>04-27-10 |
|---|---|---|

| 4. Title    (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>District Judge - Nominee | 5.    Report Type (check appropriate type)<br><br>X Nomination,  Date 04-28-10<br><br>___ Initial    ___ Annual    ___ Final | 6. Reporting Period<br><br>01/01/09 - 3/31/10 |
|---|---|---|

| 7. Chambers or Office Address<br>245 E. Capitol Street<br>Jackson, MS 39201 | 8.    On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE  (No reportable positions.) | |
| 1  Shareholder/Partner | Pigott Reeves Johnson, P.A. |
| 2  Trustee | Community Foundation of Greater Jackson |
| 3  Director | College Savings Plan of Mississippi |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE  (No reportable agreements.) | |
| 1  2006 | Pigott Reeves Johnson, P.A. Partnership Agreement with former law firm |
| 2  2001 | Pigott Reeves Johnson & Minor, P.A. Retirement Plan with former law firm |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE  (No reportable non-investment income.) | | |
| 1  2008 | Pigott Reeves Johnson, P.A. (Salary) | $ 110,226.00 |
| 2009 | Pigott Reeves Johnson, P.A. (Salary) | $ 162,688.00 |
| 3  2010 | Pigott Reeves Johnson, P.A. (Salary) | $ 62,673.00 |

**B. Spouse's Non-Investment Income** – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE  (No reportable non-investment income.) | | |
| 1 | None | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | First Commercial Bank | Mortgage on law firm property, Jackson, MS | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$3,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | |
| 1 | MorganStanley, Account | B | Int. | K | T | Exempt | | | |
| 2 | 3M Company, Common | A | Div. | J | T | | | | |
| 3 | ADI, Common | A | Div. | J | T | | | | |
| 4 | AT&T Inc., Common | A | Div. | J | T | | | | |
| 5 | BCS, Common | A | Div. | J | T | | | | |
| 6 | Caterpillar, Common | A | Div. | J | T | | | | |
| 7 | EagleCapital Growth Fund, Comm. | A | Div. | J | T | | | | |
| 8 | General Electric, Common | A | Div. | J | T | | | | |
| 9 | Goldman Sachs, Common | A | Div. | J | T | | | | |
| 10 | JNJ, Common | A | Div. | J | T | | | | |
| 11 | Kroger, Common | A | Div. | J | T | | | | |
| 12 | McDonalds, Common | A | Div. | J | T | | | | |
| 13 | Merck & Co., Common | A | Div. | J | T | | | | |
| 14 | Microsoft Corp., Common | A | Div | J | T | | | | |
| 15 | Morg Stan Ins. Muni,Inc. Tr., Com | B | Div | K | T | | | | |
| 16 | Morgan Stanley, Common | A | Div | J | T | | | | |
| 17 | Pepsico, Common | A | Div | J | T | | | | |
| 18 | Procter & Gamble, Common | A | Div | J | T | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions  *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Qualcomm, Common | A | Div. | J | T | | | | | |
| 20 Trustmark CP, Common | A | Div. | J | T | | | | | |
| 21 Walmart, Common | A | Div. | J | T | | | | | |
| 22 Windstream, Common | A | Div. | J | T | | | | | |
| 23 YUM Brands, Inc., Common | A | Div. | J | T | | | | | |
| 24 First Commercial Bank, Common | A | Div. | K | T | | | | | |
| 25 EAAFX, Mutual Fund | B | Div. | F | T | | | | | |
| 26 IRA | A | Div. | J | T | | | | | |
| 27 -- FAGOX, Mutual Fund | | | | | | | | | |
| 28 IRA | A | Div. | K | T | | | | | |
| 29 --FAEGX, Mutual Fund | | | | | | | | | |
| 30 --FSOAX, Mutual Fund | | | | | | | | | |
| 31 Met Life, Variable Annuity | A | Int. | J | T | | | | | |
| 32 —BRBNDIN, Fund | | | | | | | | | |
| 33 — BRLGCCO, Fund | | | | | | | | | |
| 34 — FIXINT, Fund | | | | | | | | | |
| 35 — STK IND, Fund | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | G=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 36 ING 401(k) | D | Int. | N | T | | | | | |
| 37 —ING PIMPCO, Fund | | | | | | | | | |
| 38 – ING Strategic Alloc Growth, Fund | | | | | | | | | |
| 39 —ING Index Plus Large Cap, Fund | | | | | | | | | |
| 40 —ING Legg Mason Prtns Aggr Fund | | | | | | | | | |
| 41 —ING Small Company Port, Fund | | | | | | | | | |
| 42 —ING Oppenheimer Global, Fund | | | | | | | | | |
| 43 College Savings | | | | | | | | | |
| 44 —Scholars Edge (Aggressive Portfolio A) | A | Int. | E | T | | | | | |
| 45 – MPACT (MS College Savings Plan | | NONE | | | | | | | |
| 46 Mass Mutual, Life Insurance | A | Int. | D | T | | | | | |
| 47 BankPlus, Account | A | Int. | J | T | | | | | |
| 48 First Commercial Bank, Account | A | Int. | J | T | | | | | |
| 49 Liberty Bank, Account | A | Int. | J | T | | | | | |
| 50 Statewide Fed. Credit Union, Account | A | Int. | J | T | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

I. Positions

| 4. | Immediate Past President | Magnolia Bar Association, Inc. |
|---|---|---|
| 5. | Director | North Congress Properties, LLC |
| 6. | Director | Mississippi Center for Justice |
| 7. | Director | Mississippi Workers Center for Human Rights |
| 8. | Director/Affirmative Action Officer | ACLU of Mississippi |
| 9. | Trustee | Irrevocable Trust I |

*The CFGJ identified in No.2 above refers to its members of the board of directors as trustees. I have no responsibility over the management or holding assests.

* Irrevocable Trust I referred to in No. 9 is an unfunded trust; it was established to receive proceeds of a life insurance policy and the insured person is still living.  The trust has no asset valued at more than a $1,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., §501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date  4-27-10

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 31 | 403 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 1 | 476 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 212 | 313 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 179 | 524 |
| Real estate owned-add schedule | | 383 | 750 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | | | | |
| Cash value-life insurance | | 6 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| IRAs | | 32 | 922 | | | | |
| Annuity | | 7 | 804 | | | | |
| 401(k) | | 262 | 353 | | | | |
| Thrift Savings Plan | | 108 | 000 | | | | |
| Scholars Edge | | 46 | 000 | Total liabilities | | 179 | 524 |
| Mississippi College Savings Plan (MPACT) | | 11 | 666 | Net Worth | 1 | 074 | 163 |
| Total Assets | 1 | 253 | 687 | Total liabilities and net worth | 1 | 253 | 687 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |